1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| JARVIS WILLIAMS, an individual | ) | Case No. 2;17-CV-06773-PLA |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDERE RE: STIPULATED PROTECTIVE ORDER** |
| UNITED PARCEL SERVICE, INC., a Delaware corporation and DOES 1-20 Inclusive, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED THAT:**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

28

1. Plaintiff and Defendant's Stipulated Protective Order is GRANTED.

**IT IS SO ORDERED.**

Dated: January 11, 2018

_Paul L. Abrams_

_____
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE