# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| JARVIS WILLIAMS *Plaintiff* v. UNITED PARCEL SERVICE, INC. *Defendant* | ) ) ) ) ) Civil Action No. 17-6773-PLA |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* United Parcel Service, Inc. recover costs from the plaintiff *(name)* Jarvis Williams.

☐ other: _____.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Paul L. Abrams on a motion for summary judgment on on September 4, 2018 (Doc. No. 53).

Date: September 14, 2018

*CLERK OF COURT*

/s/ - Christianna Howard
*Signature of Clerk or Deputy Clerk*